# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Laura B., *Plaintiff* v. Commissioner of Social Security, *Defendant* | Civil Action No. 1:23-cv-0074 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This matter is remanded back to the Commmissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of 42 USC § 405(g).  On remand, the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kimberly A. Jolson on a Stipulation to Remand.

Date: 04/11/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*